[Decided January 25, 1888.]

## TERRITORY OF WASHINGTON v. HUI AND SAM LEE.

CRIMINAL LAW—VERDICT OF ACQUITTAL—APPEAL THEREFROM—SECTION 1140 OF THE CODE.—In the trial of a criminal action, resulting in a verdict of not guilty, by instruction of the court, because of the insufficiency of the indictment to authorize the admission of evidence by the territory: *Held*, that the judgment rendered upon such verdict could not be appealed to the Supreme Court at the suit of the territory, and that section 1140 of the Code, allowing a writ of error to the territory in certain cases, had no application to this case.

ERROR to the District Court holding terms at North Yakima. Fourth District.

All the material facts appear in the opinion of the court.

*Mr. H. J. Snively, Prosecuting Attorney,* for the Plaintiff in Error.

*Messrs. Reavis, Mires & Graves,* for the Defendants in Error.

Per CURIAM.—The defendants were indicted for keeping a

house in which persons inhaled opium. A jury was called to try the case; and after being duly impaneled and sworn, an objection was made by defendants to the admission of any evidence, because of the insufficiency of the indictment. The objection was sustained, and the jury, under instruction, found and returned a verdict of not guilty, and judgment was rendered thereon. The territory excepted, and brings the case here by writ of error. It is claimed that section 1140 of the Code allows the territory a review of this trial. It is clearly not within the statute, and the writ must be dismissed.